**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 1:07CR123**

**KATHY BAUCOM**

## ORDER

This cause is before the Court on a Motion for Continuance [13] by defendant Baucom. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for September 24, 2007. Counsel for defendant avers that he has had insufficient time to devote to trial preparation due to his obligations in numerous other matters. The government has no objection to the requested relief. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from September 24, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.     Defendant Baucom's Motion for Continuance [13] is GRANTED;

2. That the trial of this matter is continued until Monday, November 5, 2007 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from September 24, 2007 until November 5, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is October 15, 2007;

5. That the deadline for submitting a plea agreement is October 22, 2007.

SO ORDERED, this the 17th day of September, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE